UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| CURTIS L. DOWNING,<br><br>　　　　　　　　Plaintiff,<br>v.<br>JO GENTRY, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:16-cv-02632-RFB-PAL<br><br>ORDER<br><br>(Mot Ext Time – ECF No. 25) |

Before the court is Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 25). No opposition has been filed, and the time for filing an opposition has expired. Defendants request an additional 30 days to respond to plaintiff's complaint.

Having reviewed and considered the matter,

**IT IS ORDERED** that Defendants' Motion for Extension of Time to Respond to Plaintiff's Complaint (ECF No. 25) is **GRANTED** and defendants shall have until June 25, 2018 to respond to plaintiff's complaint.

DATED this 21st day of June, 2018.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　PEGGY A. LEEN
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE