AO450 (NVD Rev. 2/18)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Curtis L. Downing,

               Plaintiff,

v.

Jose M. Navarette

               Defendant.

DEFAULT JUDGMENT IN A CIVIL CASE

Case Number: 2:16-cv-02632-RFB-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

DEFAULT JUDGMENT entered for Plaintiff, Curtis L. Downing, against Defendant, Jose M. Navarette.


February 13, 2023                                               DEBRA K. KEMPI
Date                                                                           Clerk

                                                                                        /s/ T. Wallace
                                                                                       Deputy Clerk