UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CURTIS L. DOWNING<br><br>        Plaintiff,<br><br>  v.<br><br>JO GENTRY, et al.,<br><br>        Defendants. | Case No. 2:16-cv-02632-RFB-BNW<br><br>**AMENDED ORDER TO PRODUCE for IN PERSON HEARING** |

TO:  WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER.

THE COURT HEREBY FINDS that **CURTIS L. DOWNING #18675**, is presently in custody of the Nevada Department of Corrections, located at the Southern Desert Correctional Center in Indian Springs, Nevada (SDCC).

IT IS HEREBY ORDERED that the Warden of SDCC, or his designee, shall arrange for and produce **CURTIS L. DOWNING #18675** on or about Tuesday, January 9, 2024 at 12:15 p.m. at the Lloyd D. George, Federal Courthouse, Courtroom 7C, 333 Las Vegas Blvd, South, Las Vegas, Nevada, in the instant matter, and arrange for his appearance on said date as ordered and directed by the Court entitled above, until **CURTIS L. DOWNING #18675**, is released and discharged by the said Court; and that **CURTIS L. DOWNING #18675** shall thereafter be returned to the custody of the Warden, under safe and secure conduct.

      **DATED** this 1st day of December, 2023.

_____
RICHARD F BOULWARE II
UNITED STATES DISTRICT JUDGE