# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| Curtis L. Downing, | Case No. 2:16-cv-02632-RFB-BNW |
| Plaintiff, | |
| v. | **ORDER** |
| Jo Gentry, et al., | |
| Defendants. | |

Plaintiff's mail was recently returned as undeliverable. ECF No. 222. Under Local Rule IA 3-1,

> An attorney or pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court.

Accordingly, Plaintiff must update his address. While this Court previously ordered Plaintiff to update his address (ECF No. 212), that minute order was returned as undeliverable due to Plaintiff being hospitalized. ECF No. 215. Recent records indicate that Plaintiff has moved to High Desert State Prison ("HDSP") and is no longer in the hospital. *See* ECF No. 222. Plaintiff will have until **July 23, 2025,** to update his address. Once Plaintiff has done so, this Court will direct the Clerk's Office to re-send the docket entries that were entered while Plaintiff was hospitalized.

**IT IS ORDERED** that Plaintiff must update his address by **July 23, 2025.**

**IT IS FURTHER ORDERED** that Plaintiff's failure to comply with this Order may result in a recommendation that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to send a copy of this Order to Plaintiff at the following address:

Curtis L. Downing
#18675
High Desert State Prison
P.O. Box 650
Indian Springs, NV 89070

DATED: June 23, 2025

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE