**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

Curtis L. Downing,

Plaintiff,

v.

Jo Gentry, et al.,

Defendants.

Case No. 2:16-cv-02632-RFB-BNW

**ORDER TO PRODUCE FOR VIDEOCONFERENCE, CURTIS L. DOWNING, #18675**

TO: JULIE WILLIAMS, ASSOCIATE WARDEN, SOUTHERN DESERT CORRECTIONAL CENTER

**THE COURT HEREBY FINDS** that **CURTIS L. DOWNING, #18675,** is presently in custody of the Nevada Department of Corrections, located at Southern Desert Correctional Center, Indian Springs, Nevada.

**IT IS HEREBY ORDERED** that the Associate Warden of Southern Desert Correctional Center, or her designee, shall arrange for and produce **CURTIS L. DOWNING, #18675,** on **November 19, 2026, at the hour of 10:00 a.m.,** for a videoconference hearing by Zoomgov technology in the instant matter, and arrange for his appearance on said date as ordered and directed by this Court; and that **CURTIS L. DOWNING, #18675,** shall thereafter be returned to the custody of the Associate Warden, Southern Desert Correctional Center, Indian Springs, Nevada, under safe and secure conduct.

DATED: October 26, 2026



BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE